**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| RANDALL QUESINBERRY, | } | CASE NO. 2:14-cv-71 |
| | } | |
| Plaintiff, | } | JUDGE: Marbley |
| | } | |
| v. | } | **NOTICE OF SETTLEMENT** |
| | } | |
| PENN CREDIT CORPORATION | } | |
| | } | |
| Defendant. | } | |

Plaintiff RANDALL QUESINBERRY, by and through undersigned counsel, states that the parties have reached a mutual agreement to settle the above-captioned matter and that a Notice of Dismissal will be forthcoming.

        Respectfully Submitted,

        KAHN & ASSOCIATES, L.L.C.

        */s/ J. Daniel Scharville*

        J. DANIEL SCHARVILLE (0071132)
        6200 Rockside Woods Blvd – Suite 215
        Independence, Ohio 44131
        (216) 621-6101
        (216) 621-6006 Facsimile
        Attorney for Plaintiff