IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RANDALL QUESINBERRY, | } | Civil Action 2:14-cv-71 |
| Plaintiff, | } | JUDGE: MARBLEY |
| v. | } | |
| PENN CREDIT CORPORATION, | ) | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS _16_ day of _April_, 2014.

_____
Judge Algenon L. Marbley